[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 23, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-15985

_____

D.C. Docket No. 01-00010-CR-4-RH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AARON JONATHON HOLT,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

**(June 23, 2005)**

Before CARNES, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Aaron Jonathon Holt, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to Anders v.

California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Holt's conviction and sentence are **AFFIRMED**.